UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **14-1268**

Case Name: **Decorative Panels International, Inc. v. Intl Assoc of Machinists Aerospace Workers**

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
  Case Name: **n/a**    Citation: **n/a**
  Was that case mediated through the court's program?  ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being taken against Defendant International Association of Machinists and Aerospace Workers Local Lodge W-260 (the "Union").

The specific issues we propose to raise are:

(1) Whether summary judgment should have been entered in favor of the Union;
(2) Whether the summary judgment filed by Decorative Panels International, Inc. ("DPI") should have been granted;
(3) Whether DPI's motion to strike the Union's opposition to the motion judgment and the declaration of counsel filed by the Union's counsel should have been granted;
(4) Whether the District Court's Order Denying Plaintiff's Motion to Vacate, Granting Defendant's Motion for Summary Judgment, and Denying Plaintiff's Motion to Strike was proper;
(5) Whether the district court should have remanded the matter to the arbitrator to review DPI's motion to strike;
(6) Whether the district court properly rejected evidence presented by DPI to the arbitrator;
(7) Whether the district court should have remanded the matter to the Arbitrator to address the feasibility of the arbitrator's remedy;
(8) Whether the arbitration awards should have been vacated;
(9) Whether the district court properly rejected certain arguments based on notice pleading; and
(10) Whether the remedy ordered by the arbitrator and the district court violates public policy.

This is to certify that a copy of this statement was served on opposing counsel of record this __18__ day of _____**March**_____, __2014__.

**David A. Campbell**
Name of Counsel for Appellant

6CA-53
Rev. 6/08